UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN CANO,<br><br>    Petitioner,<br><br>    v.<br><br>S. SALMONSON, WARDEN, FCI HERLONG,<br><br>    Respondent. | No. 2:23-cv-2216 TLN KJN P<br><br>ORDER |

    Petitioner, a federal prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, together with a request to proceed in forma pauperis.

    Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis is granted. 28 U.S.C. § 1915(a).

    On December 1, 2023, petitioner filed a motion to amend. However, petitioner is advised that he may amend once as a matter of right before respondent files a responsive pleading. Fed. R. Civ. P. 15(a). Therefore, petitioner is not required to file a motion to amend. That said, petitioner did not file a proposed amended petition. Petitioner is required to file his claims on the court's form and is required to provide a proposed amended petition for screening because he is

1

proceeding in forma pauperis. Petitioner is granted thirty days in which to file an amended petition on the court's form for filing a petition for writ of habeas corpus under § 2241. Petitioner is not required to explain differences between his original petition and his amended petition or include claims that are now mooted by subsequent actions by the BOP. Rather, petitioner should only include those claims he is presently challenging.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner is granted leave to proceed in forma pauperis;

2. Petitioner's motion (ECF No. 7) is denied as moot; petitioner is granted thirty days in which to file an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241;[1]

3. Any amended petition must bear the case number assigned to this action and the title "Amended Petition"; and

4. The Clerk of the Court is directed to send petitioner the court's form petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, as well as a copy of petitioner's December 1, 2023 motion (ECF No. 7).

Dated: December 6, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cano2216.114

---

[1] By setting this deadline. the court is making no finding or representation as to the merits or timeliness of the petition.