PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN CANO,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN, FCI-HERLONG,<br><br>    Respondent. | CASE NO. 2:23-cv-2216 CSK P<br><br>~~[PROPOSED]~~ ORDER GRANTING SECOND REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSE OR MOTION TO DISMISS |

On May 1, 2024, respondent filed a second request for an extension of time to file its response or motion to dismiss. (ECF No. 16.) Good cause appearing, the request is granted. Accordingly, IT IS HEREBY ORDERED that:

  1. Respondent's second request for an extension (ECF No. 16) is granted; and

  2. Respondent shall file a response or motion to dismiss on or before May 29, 2024.

Dated: May 2, 2024

                _____
                CHI SOO KIM
                UNITED STATES MAGISTRATE JUDGE

/1/cano2216.eot2

1